IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

GAMBLER WELL SERVICES, INC.                                                          PLAINTIFF

v.                                            Case No. 1:14-cv-01068

ONEBEACON INSURANCE COMPANY;
ONEBEACON AMERICAN INSURANCE
COMPANY; and ATLANTIC SPECIALTY
INSURANCE COMPANY                                                                  DEFENDANTS

## ORDER

Before the Court is a Joint Stipulation of Dismissal. (ECF No. 19). The stipulation is filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Plaintiff, with consent of all parties, dismissed its claims against OneBeacon Insurance Company and OneBeacon American Insurance Company with each party to bear their own costs. Accordingly, all claims against Separate Defendants OneBeacon Insurance Company and OneBeacon American Insurance Company are hereby **DISMISSED WITHOUT PREJUDICE**.

**IT IS SO ORDERED**, this 8th day of June, 2015.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge