IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

GAMBLER WELL SERVICES, INC.                                                                                          PLAINTIFF

v.                                          Case No. 1:14-cv-01068

ATLANTIC SPECIALTY
INSURANCE COMPANY                                                                                                    DEFENDANTS

ATLANTIC SPECIALTY
INSURANCE COMPANY                                                                                          THIRD-PARTY PLAINTIFF

v.

WHECO CORPORATION                                                                                          THIRD-PARTY DEFENDANT

ATLANTIC SPECIALTY
INSURANCE COMPANY                                                                                          THIRD-PARTY PLAINTIFF

v.

ENGLE MARTIN & ASSOCIATES, INC.                                                                     THIRD-PARTY DEFENDANT

**ORDER**

Before the Court is the Motion to Dismiss Claims Against Defendant Atlantic Specialty Insurance Company With Prejudice filed by Plaintiff Gambler Well Services, Inc. and Defendant Atlantic Specialty Insurance Company ("ASIC"). (ECF No. 56). Gambler has fully resolved all claims in this action against ASIC, and the parties request that those claims be dismissed with prejudice. Pursuant to Federal Rule of Civil Procedure 41(a)(1)(ii), an action may be dismissed by a stipulation of dismissal signed by all parties.

Accordingly, all of Plaintiff Gambler's claims against Defendant ASIC are hereby **DISMISSED WITH PREJUDICE** subject to the terms of the settlement agreement. If any party desires that the terms of settlement be a part of the record, those terms should be reduced to writing

and filed with the court within thirty (30) days of the entry of this Order. The court retains jurisdiction to vacate this Order and to reopen this action upon cause shown that the settlement has not been completed and further litigation is necessary. ASIC's third party claims against Wheco Corporation and Engle Martin & Associates, Inc. remain pending before the Court.

    **IT IS SO ORDERED**, this 21st day of April, 2016.

                                                 /s/ Susan O. Hickey
                                               Susan O. Hickey
                                               United States District Judge